IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| PRISON LEGAL NEWS and HUMAN RIGHTS DEFENSE CENTER, <br> Plaintiffs, <br><br> vs. <br><br> BERKELEY COUNTY SHERIFF H. WAYNE DEWITT, individually and in his official capacity; CAPTAIN CLIFF McELVOGUE, individually and in his official capacity; LIEUTENANT TONY RILEY, individually and in his official capacity; JOHN DOE 1, Berkeley County Detention Center employee, individually and in his/her official capacity; JOHN DOE 2, Berkeley County Detention Center employee, individually and in his/her official capacity; JOHN DOE 3, Berkeley County Detention Center employee, individually and in his/her official capacity; JOHN DOE 4, Berkeley County Detention Center employee, individually and in his/her official capacity, <br> Defendants. | Case No.: 2:10-cv-02594-MBS <br><br><br><br><br><br><br><br> **SETTLEMENT AGREEMENT** |

PLAINTIFFS AND DEFENDANTS AGREE AS FOLLOWS:

Defendants shall pay, and plaintiffs shall accept, the sum of $100,000.00 in full and final settlement of all plaintiffs' claims for damages in the above-captioned action.

Defendants shall pay, and plaintiffs shall accept, the sum of $499,900.00 in full and final settlement of all plaintiffs' claims for attorney fees and costs incurred *in the above-captioned action* through the date of the Court's approval of the Consent Injunction in this case.

DATED: January 10, 2012

FOR PLAINTIFFS

*[signature]*

Susan Dunn
Federal Bar No. 647
Staff Attorney
South Carolina National Office of the ACLU
P.O. Box 20998
Charleston, SC 29413-0998
(843) 720-1425
Fax: (843) 720-1428
sdunn@aclu.org

*[signature]*

David M. Shapiro
dshapiro@npp-aclu.org
David C. Fathi*
dfathi@npp-aclu.org
ACLU National Prison Project
915 15th St., N.W., 7th Floor
Washington, DC 20005
(202) 715-0838
Fax: (202) 393-4931
*Not admitted in DC; practice limited to federal courts*

Lance Weber
Human Rights Defense Center
P.O. Box 2420
West Brattleboro, VT 05303
(802) 579-1309
Fax: (866) 735-7136
lweber@humanrightsdefensecenter.org

FOR DEFENDANTS:

_____
H. Wayne DeWitt
Sheriff of Berkeley County, South Carolina

_____
Sandra J. Senn, Esq.
Attorney for Defendants